# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| TIMOTHY EDWARD ROBBINS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:10-CV-202 |
| | ) | (Phillips) |
| BNFL, INC., | ) | |
| AMERICAN TECHNOLOGIES, INC., and | ) | |
| R&R ELECTRIC CORPORATION, | ) | |
|     Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the suggestion by plaintiff that the court lacks federal subject matter jurisdiction in this action.  The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the plaintiff's motion,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**.

Dated at Knoxville, Tennessee, this _____ day of May, 2011.

        s/ Patricia L. McNutt
        Clerk of Court